THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR McDON-ALD, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of violating section 1140 of the Penal Law, unanimously affirmed. No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.